Hand-Delivered

FILED
CHARLOTTE, NC
JUN 2 0 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Patrice Hollis

    Plaintiff

v.                                          Case No 3:25-cv-430-KDB

Discover

    Defendant

## Plaintiff Original Complaint

Patrice Hollis, Plaintiff, is seeking compensation for damages from Discover, Defendant, for breach of contract and selling private information.

## Refusal of Remittance for Account

Discover has received multiple remittance for the account belonging to Patrice Hollis. They have refused to accept and process the remittance. Their refusal to accept the remittance discharges the alleged debt that Discover claim Patrice Hollis owed. Instead of discharging the debt, they have added more fees to the amount Patrice Hollis allegedly owes. Exhibit A is an Example of false and misleading practices the banks are doing.

## Definitions and Requirements for Account

31 USC 5118 states Contracts requiring legal money such as cash, coupon, check, money orders, bank transfers, wire transfers, and Federal Reserve Notes (DOLLARS) are illegal and unlawful by Title 31 U.S.C. §5118 (d) (2); 31 U.S.C.A. §463; and Public Law 97-258 (September 13, 1982). All debts today are discharged by promises to pay in the future.

UCC Section 3-104. "Certificate of Deposit"; "Note" Explains what a negotiable instrument is and how to use the instrument as a bill of exchange, negotiated.

(e) An instrument is a "note" if it is a promise and is a "draft" if it is an order. If an instrument falls within the definition of both "note" and "draft," a person entitled to enforce the instrument may treat it as either.

(j) "Certificate of deposit" means an instrument containing an acknowledgment by a bank that a sum of money has been received by the bank and a promise by the bank to repay the sum of money. A certificate of deposit is a note of the bank.

HJR 192 of 1933 Article 1 section 8 clause 3

18 U.S. Code § 8 - Obligation or other security of the United States defined

The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates,

silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

15 U.S. Code § 1602 - Definitions and rules of construction

(a) The definitions and rules of construction set forth in this section are applicable for the purposes of this subchapter.

(b)BUREAU.— The term "Bureau" means the Bureau of Consumer Financial Protection.

(c) The term "Board" refers to the Board of Governors of the Federal Reserve System.

(d) The term "organization" means a corporation, government or governmental subdivision or agency, trust, estate, partnership, cooperative, or association.

(e) The term "person" means a natural person or an organization.

(f) The term "credit" means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

(k) The term "adequate notice," as used in section 1643 of this title, means a printed notice to a cardholder which sets forth the pertinent facts clearly and conspicuously so that a person against whom it is to operate could reasonably be expected to have noticed it and understood its meaning. Such notice may be given to a cardholder by printing the notice on any credit card, or on each periodic statement of account, issued to the cardholder, or by any other means reasonably assuring the receipt thereof by the cardholder.

(l) The term "credit card" means any card, plate, coupon book or other credit device existing for the purpose of obtaining money, property, labor, or services on credit.

(m) The term "accepted credit card" means any credit card which the cardholder has requested and received or has signed or has used, or authorized another to use, for the purpose of obtaining money, property, labor, or services on credit.

12 U.S. Code § 1431 - Powers and duties of banks

Each Federal Home Loan Bank shall have power, subject to rules and regulations prescribed by the Board, to borrow and give security therefor and to pay interest

thereon, to issue debentures, bonds, or other obligations upon such terms and conditions as the Board may approve, and to do all things necessary for carrying out the provisions of this chapter and all things incident thereto.

42 U.S. Code § 408 – Penalties

15 USC § 1602 (l) |Legal Information Institute credit card (l) The term "credit card" means any card, plate, coupon book or other credit device existing for the purpose of obtaining money, property, labor, or services on credit.

15 U.S. Code § 1602 - Definitions and rules of construction

Open end credit plan

(i) The term "open end credit plan" means a plan under which the creditor reasonably contemplates repeated transactions, which prescribes the terms of such transactions, and which provides for a finance charge which may be computed from time to time on the outstanding unpaid balance.

## **Selling account and private information**

Discover has sold my account and private information to a third party, causing damages and violating the terms of agreement. Harassing mail and phone

calls Patrice Hollis has been receiving came from the private information Discover sold to a third party.

## Compensation for Damages

Patrice Hollis is seeking $1,000,000 for damages done to her reputation, breach of contract, and closure of account(s). Patrice Hollis demands all accounts to be reinstated with an open ended platinum credit card and fully remitted recurrently.

_____
Patrice Hollis

312 Bulkhead Way
#221
Clover SC 29710