# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:25-CV-00430-KDB-DCK

PATRICE HOLLIS,

    Plaintiff,

    v.

DISCOVER,

    Defendant.

**MEMORANDUM AND ORDER**

Twenty-two days after the Court granted Defendant Discover's Motion to Dismiss pro se Plaintiff Patrice Hollis' Complaint for failure to state a claim and closed the matter, Plaintiff filed an Amended Complaint against Discover. *See* Doc. No. 17. Discover now moves to strike that filing. Doc. No. 18.

As a threshold matter, Federal Rule of Civil Procedure 15 allows a party to amend their complaint "once as a matter of course" within 21 days after serving it, or, if the pleading requires a responsive pleading, within 21 days after service of a responsive pleading or a Rule 12(b), (e), or (f) motion, whichever occurs first. Fed. R. Civ. Pro. 15(a)(1). In all other circumstances, a party may amend only with the opposing party's written consent or with leave of the Court. Fed. R. Civ. Pro. 15(a)(2). Here, Hollis obtained neither Discover's nor the Court's consent.

This matter was pending for nearly a year before dismissal, affording Hollis ample opportunity to request leave to amend or to file a timely amended pleading. Moreover, because judgment had already been entered, Hollis was required to first obtain relief from that judgment under Rule 59(e) or Rule 60(b) before any amendment could be considered. She did not seek such relief, and nothing in the record suggests that she could establish grounds under either rule. *See*

1

*Hopper v. CarMax Auto Superstores, Inc.*, No. CV 3:24-MC-00110-KDB-SCR, 2024 WL 4716009 (W.D.N.C. Nov. 7, 2024). Therefore, Hollis' post-judgment filing is improper, and the Court will Grant Discover's Motion and Strike the Amended Complaint.

## I.     ORDER

**NOW THEREFORE IT IS ORDERED THAT:**

1.  Defendant's Motion to Strike (Doc. No. 18) is **GRANTED**; and

2.  The Clerk is directed to maintain this matter as closed.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: June 22, 2026

Kenneth D. Bell
United States District Judge